

# THE THIRTEENTH COURT OF APPEALS

13-15-00450-CV

WILMINGTON TRUST, NATIONAL ASSOCIATION,
AS SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE
FOR BEAR STEARNS ASSET BACKED SECURITIES I
TRUST 2006-HE4 ASSET-BACKED CERTIFICATES, SERIES 2006-HE4
v.
ESTELLA SALINAS, JAIME SALINAS AND ALL OTHER
OCCUPANTS 502 EL PINTO ROAD, SULLIVAN, TX 78595

On Appeal from the
County Court at Law No. 4 of Hidalgo County, Texas
Trial Cause No. CL-14-3562-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

September 1, 2016